UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America | Case No. 25 CR 722 |
| vs. | |
| Jake Babbe | Magistrate Judge Keri L. Holleb Hotaling |

## ORDER

Initial appearance proceedings held on 11/18/2025. Defendant appears in response to self-surrender. The Court finds that defendant is unable to afford counsel. Attorney Ryan J. Levitt is appointed to represent defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

Arraignment proceedings held. Defendant acknowledges receipt of the Indictment; waives formal reading and enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held by 12/2/25. Status hearing before Judge Harjani is set for 12/17/25 at 10:00 a.m. The setting of a pretrial motion schedule is deferred until the parties appear before Judge Harjani on 12/17/25. Without objection, the Government's oral motion to exclude time from 11/18/25 to and including 12/17/25 under 18 USC 3161(h)(7) to serve the ends of justice is granted. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing.

00:20

Date: 11/18/2025

_____
Keri L. Holleb Hotaling
United States Magistrate Judge