UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

      v.

JAKE BABBE

Case No. 25 CR 722

Honorable Sunil R. Harjani

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

Please take notice that Assistant United States Attorney Andrew C. Erskine is no longer assigned to the above-captioned case.

Assistant United States Attorney Andrew C. Erskine is leaving the employment of the United States Attorney's Office for the Northern District of Illinois.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    */s/ Andrew C. Erskine*
       ANDREW C. ERSKINE
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-1875